

11 Park Place, Suite 1601, New York, NY 10007 | Tel. 212 402 4100 | Fax 212 402 4199
oadnyc.org   fb.com/oadnyc   @oad_nyc

# MEMO ENDORSED

VIA CM/ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2023
```

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

April 13, 2023

Re: *Gumbs v. Stanford*, 22-cv-04659 (VEC)(GWG)

Dear Judge Caproni:

    We represent Petitioner Secunda Gumbs in the above-referenced matter. Judge Gorenstein issued a Report and Recommendation on April 12, 2023, ECF Dkt. 15, to which we plan to file objections pursuant to Federal Rule of Civil Procedure 72(b)(2). Those objections are currently due on April 26, 2023, as ordered by Judge Gorenstein.

    Pursuant to Rule 2(C) of Your Honor's Practices in Civil Cases, we respectfully request a four-week extension of the deadline, such that any objections will be due by May 24, 2023. This is Petitioner's first request for an extension of this deadline. We request this extension due to the obligations faced by each of Petitioner's attorneys in their other matters. Petitioner's original counsel at Orrick, Herrington, & Sutcliffe LLP is no longer available and has been substituted with new counsel from the firm who is familiarizing herself with the case. Petitioner's counsel at the Office of the Appellate Defender, the undersigned, is responsible for significant supervisory duties in this office.

    Respondent consents to this request, on the understanding that any extension will apply to all parties.

1

Thank you for your consideration in this matter.

          Respectfully submitted,

          __/s/David Bernstein_____
          David Bernstein
          Attorney for Petitioner

          Deputy Attorney in Charge
          Office of the Appellate Defender

*Cc:*

Alyssa Barnard-Yanni, Orrick, Herrington, & Sutcliffe LLP
David Cohen, Bronx County District Attorney's Office

---

Application GRANTED. Petitioner's deadline to file any objections to the R&R is **May 24, 2023**; Respondent's deadline to file any response is **June 7, 2023**.

SO ORDERED.

*[signature: Valerie Caproni]*    Date: 4/14/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE