**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SECUNDA GUMBS,

                        Plaintiff,          22 **CIVIL** 4659 (VEC)

      -against-                    **JUDGMENT**

TINA M. STANFORD, CHAIRPERSON,
NEW YORK STATE BOARD OF PAROLE,
                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 12, 2023, the Court ADOPTS the Report and Recommendation in full. Pursuant to 28 U.S.C. § 2253, the Court issues a certificate of appealability as to whether Petitioner has demonstrated that the Appellate Division's harmless-error analysis was an unreasonable application of federal law and that the erroneously admitted evidence at trial had a substantial and injurious effect on the verdict. Petitioner is also granted in forma pauperis status for the purposes of any appeal. See Coppedge v. United States, 369 U.S. 438, 445-46 (1962) (concluding that an appeal may be taken in forma pauperis if made in "good faith"); Laboriel v. Lee, 2021 WL 76170, at *6 (S.D.N.Y. Jan. 7, 2021) (issuing a certificate of appealability and granting in forma pauperis status), aff'd, 2022 WL 4479527 (2d Cir. Sept. 27, 2022); accordingly, the case is closed.

**DATED:**  New York, New York
               September 12, 2023

                                                   **RUBY J. KRAJICK**
                                                        _____
                                                           **Clerk of Court**
                               **BY:**
                                                           _____
                                                           **Deputy Clerk**